IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR - 6 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**DEMETRIUS NICKENS**
PLAINTIFF

Vs.

**EQUIFAX INFORMATION SERVICES LLC, ET AL**
DEFENDANT

Civil **1-13-CV-0333**

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO EQUIFAX'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT.

**NOW COMES,** Demetrius Nickens, Plaintiff in *Sui Juris*, and files his response to Equifax's Motion for Partial Dismissal. For reasons state:

1. Simultaneously with the filing of this response, Plaintiff has filed a Motion for Leave to File Amended Complaint.

2. In his amended Complaint, Plaintiff has removed its claims for negligence, attorneys fees and under the FBPA, without prejudice.

3. Equifax's Motion for Partial Dismissal is now moot.

## CONCLUSION

Wherefore, Plaintiff prays that this Court deny Equifax's Motion for Partial Dismissal as Moot.

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7 .1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5 .1(B). The foregoing COMPLAINT was prepared on a computer, using Times New Roman 14 point font.

Respectfully Submitted,

*/s/ Demetrius Nickens*

**DEMETRIUS NICKENS**
**AS HIS OWN ATTORNEY**
**SUI JURIS**

PO Box 931292
Norcross, Georgia 30003
404-952-7230
   PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I mailed foregoing Response to Defendant's Equifax Motion to Dismiss the Clerk of Court on March 3rd, 2013. The CM/ECF system will automatically send email notification of such filing to the following attorneys of record:

**Barry Goheen, Esquire**
KING & SPALDING
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
*Via Courts Electronic Noticing Service*
**Counsel for Defendant Equifax**

**Alan D. Leeth, Esquire**
BURR & FORMAN, LLP-ATL
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
*Via Courts Electronic Noticing Service*
**Counsel for Defendant HSBC**

_____
DEMETRIUS NICKENS
PLAINTIFF
*Sui Juris*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| **DEMETRIUS NICKENS** | * | |
| PLAINTIFF | * | |
| Vs. | | |
|  | * | Civil **1-13-CV-0333** |
| **EQUIFAX INFORMATION SERVICES LLC, ET AL** | * | |
| DEFENDANT | | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING DEFENDANT'S EQUIFAX MOTION FOR PARTIAL DISMISSAL

**UPON CONSIDERATION OF EQUIFAX'S**, Motion for Partial Dismissal of Plaintiff's Complaint, it appearing that Plaintiff's Second Amended Complaint, having addressed the issues raised in the Motion, it is hereby this day ordered, That the Motion to Dismiss be denied as moot.

It is ordered this _____ day of _____, 2013

Judge_____

4