IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMETRIUS NICKENS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| EQUIFAX INFORMATION SERVICES LLC, and HSBC CARD SERVICES, INC., | ) FILE NO. 1:13-CV-0333-TWT-ECS |
| Defendants. | ) |

**DEFENDANT HSBC CARD SERVICES INC.'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**COMES NOW** Defendant HSBC Card Services Inc. ("HSBC"), appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure, and pursuant to Fed. R. Civ. P. 12(f), hereby moves this Court for an Order striking Plaintiff's Motion for Partial Summary Judgment in the above-styled action because Plaintiff's Motion for Partial Summary Judgment is immaterial and frivolous, as well as procedurally and substantively deficient.

As demonstrated in HSBC's Memorandum of Law in Support of Motion to Strike Plaintiff's Motion for Partial Summary Judgment, filed herewith, Plaintiff Demetrius Nickens's ("Plaintiff") Motion for Partial Summary Judgment should be stricken under Rule 12(f) because it is immaterial and blatantly frivolous. Further, Plaintiff's Motion for Partial Summary Judgment is both procedurally and substantively deficient.

WHEREFORE, for the reasons set forth herein and in HSBC's Memorandum of Law in Support of Motion to Strike Plaintiff's Motion for Partial Summary Judgment, HSBC respectfully requests that this Court enter an Order striking Plaintiff's Motion for Partial Summary Judgment, and all supporting documents filed therewith, from the record in this action.

Respectfully submitted this 22nd day of April, 2013.

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com
Amanda E. Wilson
Georgia Bar No. 165135
awilson@burr.com

-3-

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

Attorneys for Defendant
HSBC CARD SERVICES INC.

### CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **DEFENDANT HSBC CARD SERVICES INC.'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

                                            *s/ Alan D. Leeth*
                                            Alan D. Leeth
                                            Georgia Bar No. 472031
                                            aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

2085261 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2013, I presented the foregoing **DEFENDANT HSBC CARD SERVICES INC.'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> Barry Goheen, Esq.
> Betsey L. Tate, Esq.
> King & Spalding, LLP
> 1180 Peachtree street NE
> 38th Floor
> Atlanta, Georgia 30309-3521
> *Attorneys for Defendant Equifax Information Services, LLC*

Further, I hereby certify that I have mailed by United States Postal Service and by email the document to the following non-CM/ECF participants:

> Demetrius Nickens
> P.O. Box 931292
> Norcross, Georgia 30003
> mrnickens808@gmail.com
> *Plaintiff Pro Se*

>                *s/ Alan D. Leeth*
>                Alan D. Leeth
>                Georgia Bar No. 472031
>                aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

2085261 v1