IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 1 0 2013

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**DEMETRIUS NICKENS**
    PLAINTIFF

Vs.

Civil 1-13-CV-0333

**EQUIFAX INFORMATION SERVICES LLC, ET AL**
    DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S RESPONSE TO DEFENDANTS' HSBC MOTION TO STRIKE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Contemporaneously, with the filing of this Response, Plaintiff has filed a Line Withdrawing without prejudice his Motion for Partial Summary Judgment on the issue of arbitration with an effort to move the litigation forward on the merits. Defendant's Motion to Strike is now mooted by the withdrawal and should be denied as such.

Respectfully Submitted,

_____
DEMETRIUS NICKENS
AS HIS OWN ATTORNEY
SUI JURIS

PO Box 931292
Norcross, Georgia 30003
404-952-7230
PLAINTIFF

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local R. 7 .1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5 .1(B). The foregoing COMPLAINT was prepared on a computer, using Times New Roman 14 point font.

_____
DEMETRIUS NICKENS
PLAINTIFF IN SUI JURIS

2

# **CERTIFICATE OF SERVICE**

I hereby certify that I mailed the foregoing Response to Motion to Strike on May 8, 2013. The CM/ECF system will automatically send email notification of such filing to the following attorneys of record:

**Barry Goheen, Esquire**
KING & SPALDING
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
*Via Courts Electronic Noticing Service*
**Counsel for Defendant Equifax**

**Alan D. Leeth, Esquire**
BURR & FORMAN, LLP-ATL
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
*Via Courts Electronic Noticing Service*
**Counsel for Defendant HSBC**

DEMETRIUS NICKENS
PLAINTIFF
*Sui Juris*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

**DEMETRIUS NICKENS**
    PLAINTIFF

Vs.

**EQUIFAX INFORMATION SERVICES LLC, ET AL**
    DEFENDANT

Civil **1-13-CV-0333**

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION, of Defendant's Motion to Strike Plaintiff's Motion for Partial Summary Judgment on the issue of Arbitration, it appearing that the Plaintiff having filed a line withdrawing said motion, it is hereby this \_\_\_\_\_, day of _____, 2013, ORDERED, that the Motion is DENIED AS MOOT.

_____
JUDGE