# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DEMETRIUS NICKENS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION** |
| **EQUIFAX INFORMATION SERVICES LLC, and HSBC CARD SERVICES, INC.,** | ) **FILE NO. 1:13-CV-0333-TWT-ECS** |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff Demetrius Nickens ("Plaintiff") and HSBC Card Services Inc. ("HSBC"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against HSBC only in the above-styled action, with Plaintiff and HSBC to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of May, 2013.

*s/Demetrius Nickens*
Demetrius Nickens (Plaintiff, pro se)
P.O. Box 931292
Norcross, Georgia 30003
mrnickens808@gmail.com

2092895 v1

       *s/ Alan D. Leeth*
       Alan D. Leeth
       Georgia Bar No. 472031
       aleeth@burr.com
       Amanda E. Wilson
       Georgia Bar No. 165135
       awilson@burr.com

       BURR & FORMAN LLP
       171 Seventeenth Street, NW, Suite 1100
       Atlanta, Georgia 30363
       Telephone: (404) 815-3000
       Facsimile: (404) 817-3244

       Attorneys for Defendant
       HSBC CARD SERVICES INC.

### CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

    *s/ Alan D. Leeth*
    Alan D. Leeth
    Georgia Bar No. 472031
    aleeth@burr.com

BURR & FORMAN LLP
171 17th Street, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2013, I presented the foregoing **JOINT STIPULATION OF DISMISSAL** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Barry Goheen, Esq.
>Betsey L. Tate, Esq.
>King & Spalding, LLP
>1180 Peachtree street NE
>38th Floor
>Atlanta, Georgia 30309-3521
>*Attorneys for Defendant Equifax Information Services, LLC*

Further, I hereby certify that I have mailed by United States Postal Service and by email the document to the following non-CM/ECF participants:

>Demetrius Nickens
>P.O. Box 931292
>Norcross, Georgia 30003
>mrnickens808@gmail.com
>*Plaintiff Pro Se*

>*s/ Alan D. Leeth*
>Alan D. Leeth
>Georgia Bar No. 472031
>aleeth@burr.com

BURR & FORMAN LLP
171 17th Street, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

2092895 v1