IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMETRIUS NICKENS,
   Plaintiff,
     v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-333-TWT

### ORDER

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 30] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 3] as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is DENIED as moot.

SO ORDERED, this 6 day of September, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Nickens\r&r.wpd