## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DEMETRIUS NICKENS** )<br>)<br>**Plaintiff,** )<br>)<br>  )<br>**v.** )<br>  )<br>**EQUIFAX INFORMATION** )<br>**SERVICES LLC; and** )<br>**HSBC CARD SERVICES INC.,** )<br>  )<br>**Defendants.** ) | **CIVIL ACTION NO.**<br><br>**1:13-cv-333-TWT-ECS** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Demetrius Nickens and Defendant Equifax Information Services LLC ("Equifax"), that pursuant to Fed. R. Civ. P. 41(a)(1)(i), this action be dismissed against Equifax with prejudice, with each party to bear their own costs.

Dated: October 15, 2013

| | | | |
|---|---|---|---|
| By: | /s/ *Demetrius Nickens* | By: | KING & SPALDING LLP |

    Demetrius Nickens (pro se)          */s/ Betsey L. Tate*
    PO Box 931292                     Betsey L. Tate (Ga. Bar No. 401088)
    Norcross, GA 30003             1180 Peachtree Street N.E.
                                          Atlanta, Georgia  30309-3521
                                          Tel:  (404) 572-4600
                                          Email:  btate@kslaw.com
                                          *Attorney for Equifax Information Services LLC*